EL PUEBLO DE PUERTO RICO, EX REL., JUAN DE MATA RUBERT, querellante y apelado, *v.* MIGUEL BAHAMONDE, querellado y apelante.

No. 3546.—*Visto:* Marzo 25, 1925. *Resuelto:* Abril 15, 1925.

1. APELACIÓN Y ERROR—DESESTIMACIÓN, RETIRO Y ABANDONO—DECISIÓN INEFICAZ —CUESTIÓN ACADÉMICA.—La apelación en un procedimiento de *quo warranto* referente a un cargo que ha cesado por ministerio de la ley debe ser desestimada por ser meramente académica la cuestión envuelta sin ninguna fina-

lidad práctica; y será desestimada cuando las circunstancias no son tales que una revocación llevaría la imposición de costas al querellante y éste ha renunciado las concedidas por la corte inferior.

Moción sobre desestimación de apelación presentada por el querellante apelado. *Con lugar.*

*José Rosario Gelpí,* abogado del querellante apelado; *Leopoldo Tormes,* abogado del querellado apelante.

EL JUEZ ASOCIADO SEÑOR FRANCO SOTO, emitió la opinión del tribunal.

Esta es una moción para pedir la desestimación de la apelación.

El querellante y apelado, en un procedimiento de *quo warranto* obtuvo sentencia en septiembre 2 de 1924 por la cual se despojó al querellado del cargo de miembro de la Asamblea Municipal de Ponce.  No conforme apeló, estableciendo el recurso en septiembre 10, 1924.

El 4 de noviembre de 1924 tuvieron lugar en Puerto Rico elecciones generales y en virtud de las mismas cesaron el 12 de enero siguiente en sus cargos por ministerio de la ley todos los miembros de las asambleas municipales de Puerto Rico.

[1] Aparece claro que en caso de una revocación, la cuestión a discutir en sus méritos resultaría meramente académica (*moot question*) sin ninguna finalidad práctica.  A pesar de esto, tal vez era necesario examinar la cuestión de costas que sería el único motivo para que retuviéramos esta apelación.  Sin embargo, las circunstancias de este caso no son de tal modo extraordinarias que una revocación del fallo inferior nos llevara a una imposición de costas al querellante.  Esta parte por otro lado renuncia en su moción a las costas que le fueron concedidas.

*Por estas razones la moción debe declararse con lugar y desestimarse el recurso.*